**2010–1267.  [State ex rel.] Ushery v. Myers.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1273.  [State ex rel.] Nooks v. McIntosh.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1280.  Turner v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of John L. Turner Jr. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1304.  [State ex rel.] Bunting v. Ohio State Hwy. Patrol.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1306.  State ex rel. Gorrasi v. Hildebrandt.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1314.  Barbee v. Allstate Ins. Co.**
Lorain App. Nos. 09CA009594 and 09CA009596, 2010-Ohio-2016. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.
BROWN, C.J., and PFEIFER, LANZINGER, and CUPP, JJ., concur.
LUNDBERG STRATTON, O'CONNOR, and O'DONNELL, JJ., dissent.

**2010–1332.  State ex rel. Nash v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Motions for relief under Civ.R. 60(B) and to expedite denied as moot. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1357.  Yancy v. Matia.**
In Habeas Corpus. On petition for writ of habeas corpus of Dwight A. Yancy. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1368.  Lichtenwalter v. Santiago.**
In Habeas Corpus. On petition for writ of habeas corpus of Derek Lichtenwalter. Sua sponte, cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2010–1375.  State ex rel. Edward v. Cubbon.**
In Prohibition. Respondent's motion for leave to file amended answer granted. Motion of amicus curiae to file memorandum granted. Respondent's motion to dismiss granted. Relators' second emergency motion for stay denied as moot. Cause dismissed.
BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.